UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LEROY WHITLEY,

                Plaintiff,

   -against-

P.O. DUDLEY EWALD, MARTA KUKLICK,
LAURA BRONSTEIN, LAUREN HERSH, JILL
OZIEMBLEWSKY, STATE OF NEW YORK, et
al.,

                Defendants.
------------------------------------------------------------------X

JUDGMENT
08-CV- 4202 (RRM)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 03 2011

BROOKLYN OFFICE

      A Memorandum and Order of Honorable Roslynn R. Mauskopf, United States District Judge, having been filed on November 2, 2011, adopting in its entirety the unopposed Report and Recommendation of Magistrate Judge Lois Bloom, dated August 3, 2011; dismissing the action; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal; it is

      ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted in its entirety; that the action is dismissed; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal.

Dated: Brooklyn, New York
       November 01, 2011

s/Douglas C. Palmer
_____
DOUGLAS C. PALMER
Clerk of Court